Donald E. Robinson
1814 County Road 5710
Devine, Texas [78016]



**EXHIBIT**

**A**

Service by and Respond to:
Brian C. Coyle, Notary Public
60 West Terra Cotta Avenue, Suite B
Crystal Lake, IL 60014

5 September 2013

Department of the Treasury
Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN  38130-0396

Certified Mail # 7013  1710  0000  1344  4402

Re:  Donald E. Robinson

## INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE AND AFFIDAVIT OF FACT

This letter is in response to your NOTICE CP22E dated May 6, 2013, in which you allege that there is an 'amount due,' as if I were a 'taxpayer.'  It appears that you are operating under a false presumption, as I am not in receipt of any information or documentation that obligates me to any tax liability that would cause you presume me to be a 'taxpayer.'  Please forward to me any **non-rebuttable** information or documentation that you have that obligates me, the Undersigned, to pay taxes.  Upon receipt, I will gladly do so.

If you are unable to, however, please refrain from presuming that I am a 'taxpayer,' for then I would be classified as a **NON-taxpayer**.  And as such I hereby request that you put the appropriate designation in my file to show the no-filing requirement.

In reality the Undersigned is an American Citizen who is "neither the subject nor the object of federal revenue laws" making him a "Non-Taxpayer" and not a "Taxpayer" as suggested by your correspondence. Someone in your position should be more careful about using the term "Taxpayer" so loosely and exceeding your authority as a federal employee working for the IRS, a corporation owned by the federal government with at least 51% of the capital stock [28 USC §1349].

The IRS does not have the authority to bestow the status of 'Taxpayer' on anyone. *Botta v. Scanlon. 288 F. 2d. 504. 508 (1961) held: "A reasonable construction of the taxing statutes does not include vesting any tax official with absolute power of assessment against individual not specified in the statutes as a person liable for the tax without an opportunity for judicial review of this status before the appellation of 'taxpayer' is bestowed upon them and their property is seized..."*

The term 'Taxpayer'  is defined in 26 USC § 7701(14) to mean "any person subject to any internal revenue tax" and in 26 USC § 1313(b) to mean "any person subject to a tax under the applicable revenue law." So by the mere statement of the word 'Taxpayer,' one does not know which 'tax' or which 'applicable revenue law' the IRS might even be referring to, but the IRS makes the 'presumption' that one owes a tax. I rebut your assumption based on your own 26 CFR 1.0-1, where it is stated "In general, the provisions of the Internal Revenue Code of 1954 are applicable with respect to taxable years beginning after December 31, 1953, and ending after August 16, 1954," referenced court decisions, and the Legislative Intent of the 16th Amendment.

Implementing regulations imposing the non-enacted Subtitle A Income Tax upon American Citizens appear to be non-existent. In addition, there appear to be no implementing regulations published in the Federal Register imposing any Income Tax liability upon American Citizens. So when an American Citizen receives a letter from the IRS stating 'Dear Taxpayer,' the IRS does so without any authority to make such a claim and should never use the appellation of 'Dear Taxpayer' according to the decision in Botta v. Scanlon.

However, 'Taxpayers' do exist and they are the 'parties' subject to the 'applicable revenue laws.' 'Taxpayers' of the federal income tax are: employees, officers, elected officials of the federal government, U.S. Corporations, and United States Citizens [individuals who were born in the Federal Zone and are subject to the jurisdiction thereof, per 8 USC § 1401.] You will find this statement in the Legislative Intent of the 16th Amendment written by President Taft and published in the Congressional Record on June 16, 1909. Your 'wages are considered income' by the legislative intent of the 16th Amendment, not mine. The truth is evident in that the real 'Taxpayers' of the Federal Income Tax are those who work for the federal government. How else could the IRS say that they could levy by distraint [26 USC § 6331(a)] the 'salary or wages of any officer, employee or elected official of the federal government?'

*"Revenue Laws [Subtitle A, Federal Income Tax] relate to 'Taxpayers' and not to American Citizens as they are without their scope. No procedure is prescribed for American Citizens and no attempt is made to annul any of their Rights or Remedies in due course of law. With American Citizens, Congress does not assume to deal, and American Citizens are neither the subject nor the object of the revenue laws." [Economy Plumbing & Heating v. US. 470 F.2d. (1970)]*

If a federal tax law were to be made applicable to American Citizens, it must meet the 3-phase criteria:

1)   A Statute in an enacted Title of the United States Code [26 USC has not been enacted].
2)   An Implementing Regulation for the specific Statute in the enacted Title of the USC being published in the Code of Federal Regulations [CFR].
3)   The publication of the same CFR Implementing Regulation in the Federal Register evidenced by volume, date, and page number.

It is my sincere hope that you now have a better grasp of my present position in this matter. It is also my sincere hope that you get a better understanding as to what you are really doing by sending such nefarious accusations via the U.S. Mail.

Sincerely,

Donald E. Robinson
American Citizen

Enc.    Copy of NOTICE CP22E dated May 6, 2013

## AFFIDAVIT OF FACT

The undersigned Affiant, Donald E. Robinson, hereinafter "Affiant," does solemnly swear, declare, and state as follows for the record, on the record, entered into the record in this Court of Record:

1.   Affiant is competent to state the matters set forth herein; and
2.   Affiant has knowledge of the facts stated herein; and
3.   All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity; and

Plain Statement of Facts:

4.  Affiant is a Private American, also called "Born Citizen," otherwise known as a "national" and NOT a "U.S. Citizen;" and

5.  There are no conclusions of law herein; these facts are declared under penalty of perjury; and

6.  In regard to the instant matter as well as for any and all other tax periods as designated by the Internal Revenue Service, specifically but not limited to Tax Years 2003 to the present, it is the Affiant's belief that no funds are owed; and

7.  Any and all attempts by any and all agents of the Department of the Treasury, Internal Revenue Service to collect funds from the Affiant constitute extortion.

You have ten (10) days in accordance with Regulation Z and pursuant to 15 USC §1601 *et seq.* in which to provide a verified response in the form of an affidavit signed by a qualified agent of the Department of the Treasury, Internal Revenue Service under their full commercial liability and under penalty of perjury *or* the Department of the Treasury, Internal Revenue Service's agreement to the terms and conditions as expressed in this INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE WITH AFFIDAVIT OF FACT will be noted and documented, including:

1)  that any funds retrieved from the Undersigned in error will be returned,
2)  non-response constitutes estoppel on this matter,
3)  that the Department of the Treasury, Internal Revenue Service agrees to cease and desist all future collection activity and to be forever barred from bringing legal action against the Affiant in regard to this or any other alleged tax matter.

An acceptable response is ONLY one that addresses the issues point-by-point, via sworn affidavit, under Affiant's full commercial liability, signing under penalty of perjury that the facts contained therein are true, correct, complete, and not misleading. IN ADDITION, it must be directed to me *care of* the third party witness indicated above for proper documentation of your response or lack thereof.

## VERIFICATION

I, the Undersigned, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States," that the above statements of fact are true and correct to the best of my current information, knowledge, and belief, so help me God, pursuant to 28 USC § 1746(1).

Further Affiant sayeth naught.

Executed on ~~05 September~~ 2013

Donald E. Robinson, American Citizen

First Witness                                    Second Witness

ACKNOWLEDGEMENT OF NOTARY

STATE OF ILLINOIS
COUNTY OF MCHENRY
UNITED STATES OF AMERICA

On _25 September_ 2013 _ before me, _ Brian C. Coyle _, a Notary Public of the Illinois Secretary of State's Office, personally appeared Donald E. Robinson, who not having surrendered his original status as Common Law "Texas State Citizen," is thereby known to me to be as such and proved to me on the basis of satisfactory evidence of identification to be the living flesh and blood man whose name is subscribed upon these instruments and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Illinois that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____   ___7/5/13___
Notary Public                 Date

My Commission expires: ___7/23/14___

> OFFICIAL SEAL
> BRIAN C COYLE
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES: 7/23/14

LEGAL NOTICE  The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  _Tampering with a witness, victim, or an informant._  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive an individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

Donald E. Robinson

1814 County Road 5710
Devine, Texas [78016]

EXHIBIT
B

*Service by and Respond to:*
Brian C. Coyle, Notary Public
60 West Terra Cotta Avenue, Suite B
Crystal Lake, IL 60014

/6 September 2013

Department of the Treasury
Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN  38130-0396

Certified Mail # 7013  1710  0000  5004  3438

Re:  Donald E. Robinson

## NOTICE OF FAULT / OPPORTUNITY TO CURE

Since I am not in receipt of any information or documentation from the government or the Internal Revenue Service evidencing I am obligated to pay any tax liabilities and have rebutted any and all presumptions of any tax liabilities for any and all tax years, and you specifically failed to respond to my latest request for any if indeed it exists, it is clear I have no tax liabilities according to your records.

I have asked for and received no documentation to the contrary.

Furthermore, I am not in receipt of any statute and corresponding implementing regulation that together authorize you to assess me with a tax liability. I am not in receipt of evidence by the government demonstrating that I am a "U.S. citizen." I am not in receipt of evidence from the government explaining how I can file a tax return without violating my Fifth Amendment right to not be compelled to incriminate myself.

You are hereby Noticed that having received no appropriate response to the INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE AND AFFIDAVIT OF FACT, you are hereby granted another ten (10) days to cure your fault and provide a verified response of said requested evidence if it exists.  Failure to do so means you are in agreement with all terms and conditions in the Affidavit of Fact as it is written as well as the statements made in this instrument, and that there is no controversy.  Send your response care of the *Service by and respond to* address above to avoid documentation of your non-response which will confirm your agreement that there is no tax liability or basis for alleging one.

Once your inability to establish the fact that I am a 'taxpayer' is documented, it is my understanding that you must consider me a **non-taxpayer**.  As such you will please install the necessary blocking series that establishes this fact, and enter those freeze codes into and make part of my Master File resulting in "No Filing Requirement" or "Not Required to File." These "M 1" or "M 1,0" or "M 0" or "0" blocking codes will establish the fact that I am a **non-taxpayer** and that there is no dispute in regards to these matters.

I look forward to your immediate response, as to further aid you in correcting your error.

Thank you in advance for your time and understanding in this matter.

Sincerely yours,

*Donald E. Robinson*

Donald E. Robinson, American Citizen

VERIFICATION

I, the Undersigned, hereby certify, under penalty of perjury, under the laws of the United States of America, without the "United States," that the above statements of fact are true and correct to the best of my current information, knowledge, and belief, so help me God, pursuant to 28 USC § 1746(1).

Further Affiant sayeth naught.

Executed on 16 Sept 2013

_Donald E. Robinson (signature)_
Donald E. Robinson, American Citizen

_First Witness (signature)_
First Witness

_Second Witness (signature)_
Second Witness

ACKNOWLEDGEMENT OF NOTARY

STATE OF ILLINOIS
COUNTY OF MCHENRY
UNITED STATES OF AMERICA

On 16 Sept 2013 before me, Brian C. Coyle, a Notary Public of the Illinois Secretary of State's Office, personally appeared Donald E. Robinson, who not having surrendered his original status as Common Law "Texas State Citizen," is thereby known to me to be as such and proved to me on the basis of satisfactory evidence of identification to be the living flesh and blood man whose name is subscribed upon these instruments and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Illinois that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_(signature)_   _2/14/14_
Notary Public     Date

My Commission expires: _7/23/14_

OFFICIAL SEAL
BRIAN C COYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14

LEGAL NOTICE  The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  *Tampering with a witness, victim, or an informant.*  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

**Donald E. Robinson**

**1814 County Road 5710**
**Devine, Texas [78016]**

EXHIBIT

**C**

tabbies

*Service by and Respond to:*

Brian C. Coyle, Notary Public
60 West Terra Cotta Avenue, Suite B
Crystal Lake, IL 60014

27 September 2013

Department of the Treasury
Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN  38130-0396

Certified Mail # 7013 1710 0000 1394 4957

Re:  Donald E. Robinson

### NOTICE OF DEFAULT / CONSENT TO JUDGMENT

This is a **NOTICE of DEFAULT in DISHONOR** upon the instruments presented by the Undersigned on 05 and 16 September 2013 via USPS Certified Mail with Return Receipt for rebuttal by a qualified agent of the Internal Revenue Service, hereinafter "IRS."

**DISHONOR:**  Allowing ten (10) days for a verified response to the **INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE AND AFFIDAVIT OF FACT,** and an additional ten (10) days on the **Notice of Fault/Opportunity to Cure,** and the time allowed having passed for rebuttal on both, and the Notary showing no record of any response, much less any verified rebuttal, the Undersigned now deems the offer(s) to have been fully accepted by tacit acquiescence, thereby comprising a confession of judgment on the merits.

**DEFAULT:**  For the IRS's failure, refusal, and neglect in the presentment of a verified response to the **INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE AND AFFIDAVIT OF FACT,**  and to the **Notice of Fault /Opportunity to Cure,** the IRS thereby acquiesces and tacitly agrees with all terms, conditions and stipulations set forth within the these instruments, namely that:

STATEMENTS OF FACT:

1) I am not in receipt of any information or documentation that obligates the Undersigned to any tax liabilities ; and

2) I am not in receipt of any information or documentation that the Undersigned is not an American Citizen who is "neither the subject nor the object of federal revenue laws," and

3) I am not in receipt of any information or documentation that the Undersigned is not a Private American, otherwise known as a "national," and

4) I am not in receipt of any information or documentation that the Undersigned is a "U.S. citizen."

**If the IRS's failure to respond is an oversight, mistake, or otherwise unintentional, UNDERSIGNED grants the IRS an additional ten (10) days from date of this NOTICE OF DEFAULT AND CONSENT TO JUDGMENT to provide evidence in rebuttal of these facts in a sworn affidavit under the affiant's full commercial liability under penalty of perjury, in care of the third-party witness, Brian C. Coyle, Notary Public, for the STATE OF ILLINOIS as an agent of the Sectary of State's Office, at the mailing location listed above and below.  Service in any other manner or documents received after the ten (10) days allowed will be deemed defective on their face and certified as a non-response by the third-party witness, Brian C. Coyle, Notary and will be returned to the IRS "REFUSED FOR CAUSE WITHOUT DISHONOR."**

Failure to cure this Default will constitute, as an operation of law, the *FINAL* admission by the IRS by tacit acquiescence to the statements and claims provided in the INTERNATIONAL REMEDY AND DEMAND WITH TRUE BILL IN COMMERCE AND AFFIDAVIT OF FACT, the NOTICE OF FAULT/OPPORTUNITY TO CURE, and this NOTICE OF DEFAULT/CONSENT TO JUDGMENT. Said statements and claims shall be deemed RES JUDICATA, STARE DECISIS and COLLATERAL ESTOPPEL binding on the IRS.

Based upon the IRS's failure to cure as provided in this NOTICE OF DEFAULT AND CONSENT TO JUDGMENT, IRS may not argue, controvert, or otherwise protest the administrative findings entered thereby in any subsequent administrative or judicial proceedings.

UNDERSIGNED looks forward to a timely response from the IRS. This is a private communication to the IRS and is intended to effectuate an out-of-court settlement and administrative remedy of this matter. NOTICE TO THE PRINCIPAL IS NOTICE TO ALL AGENTS. NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

Of this presentment take due *NOTICE* and heed, and govern yourselves accordingly.


Mail all correspondence to the UNDERSIGNED in care of third-party witness:


**Brian C. Coyle, Notary Public**

**60 West Terra Cotta Avenue • Suite B**

**Crystal Lake, Illinois [60014]**


VERIFICATION

IN WITNESS WHEREOF, I hereunto set my hand and seal on this ___ day of September, 2013, and hereby certify all the statements made above are true, correct, and complete to the best of my current information, knowledge, and belief, so help me God, pursuant to 28 USC § 1746(1).


Donald E. Robinson, American Citizen


First Witness                                    Second Witness

ACKNOWLEDGEMENT OF NOTARY

STATE OF ILLINOIS
COUNTY OF MCHENRY
UNITED STATES OF AMERICA

This instrument was acknowledged before me on this day by Donald E. Robinson, who not having surrendered his original status as Common Law "Texas State Citizen," is thereby known to me to be as such and proved to me on the basis of satisfactory evidence of identification to be the living flesh and blood man whose name is subscribed upon these instruments and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Illinois that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____      ___9/23/13___
Notary Public                Date

My Commission expires: __7/23/14__

OFFICIAL SEAL
BRIAN C COYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7.23.14

LEGAL NOTICE  The Certifying Notary is an independent contractor and not a party to this claim.  In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512.  *Tampering with a witness, victim, or an informant.*  The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department.  Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled 'Deprivation of Rights Under Color of Law,' which primarily governs police misconduct investigations.  This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.



EXHIBIT
D

To:   Donald E. Robinson
      1814 County Road 5710
      Devine, Texas [78016]

Fr:   Brian C. Coyle, Notary Public for the State of Illinois
      c/o 60 West Terra Cotta Avenue, Suite B
      Crystal Lake, Illinois

Re:   Presentment to the Internal Revenue Service,
      hereinafter "Respondent"

## NOTICE OF DISHONOR

Certified Mail No. 7013 1090 0001 8853 0972

Re: International Commercial Claim in Admiralty

### AFFIDAVIT OF FACT

I, Brian C. Coyle, a notary witness, a public officer commissioned by the State of Illinois, Executive Branch, who has acted as a third party witness to your communications with other parties, and in your good faith effort in resolving by administrative remedy the matter at hand, note that each document was mailed to Respondent by you, Donald E. Robinson, using certified mail with green receipt card attached, which upon return provides proof that the package reached the destination and was accepted in accordance with registered mail as established by law under the U.S. Constitution and as recognized internationally.

The first of three documents was an AFFIDAVIT OF FACT of the claim that you are bringing against your opponent that they were supposed to respond to should you be wrong in any of your statements. In giving the Internal Revenue Service an opportunity to correct your mistakes, if any, the evidence shows that no sufficient response was made to the first documents of International Remedy and Demand sent 9/5/2013 and received 9/9/2013.

Second document, Notice of Fault/Opportunity to Cure, was sent 9/16/2013 and received 9/20/2013.

The third document, Notice of Default/Consent to Judgment, was sent 9/27/2013 and received 9/30/2013.

NOTICE OF DISHONOR                                              Page 1 of 2

The demand was for non-rebuttable evidence that Affiant is a taxpayer subject to the jurisdiction of the Internal Revenue Service, or in the absence of said proof, written acknowledgment of Affiant's non-taxpayer status.

After witnessing all notices presented to me with return receipt (green card) or digital online printout, sworn before me as a notary witness and public officer commissioned by the Secretary of State of State of Illinois Executive Branch, under penalties of perjury, I hereby acknowledge and certify that you, Donald E. Robinson, did not, in fact, receive any sufficient responses to you from the Respondent and are thereby entitled to this Notice of Dishonor.

Presented this _29_ day of _October_, 2013.

Witness my hand and seal

OFFICIAL SEAL
BRIAN C COYLE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14

Brian C. Coyle, Notary Public

## NOTARY PUBLIC'S JURAT

Before me this day, the undersigned authority and Notary Public for the County of McHenry, Republic of Illinois, personally appeared Brian C. Coyle, known to be and proved to me to be the person who executed this instrument in his authorized capacity as Notary Public.

Dated this _29_ day of _October_ 2013

McHenry County
Illinois State

Notary Public

OFFICIAL SEAL
VICTORIA M. NICKLAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14

NOTICE OF DISHONOR

Page 2 of 2

**Brian C. Coyle, Notary • State of Illinois, County of McHenry**

## NOTICE

### Certificate of Dishonor



EXHIBIT
E

*29* October 2013

**AFFIANT:**

Donald E. Robinson
1814 County Road 5710
Devine, Texas [78016]

UNDER NOTARY SEAL
(EXECUTIVE BRANCH)

Brian C. Coyle
Notary for the State of Illinois

Victoria M. Nicklaus
Notary for the State of Illinois

**RESPONDENT/TRUSTEE:**

Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN 38130-0396

**REGARDING:**

*Dishonored International Remedy and Demand with Affidavit of Fact-9/5/2013
*Dishonored NOTICE OF FAULT / OPPORTUNITY TO CURE-9/16/2013
*Dishonored NOTICE OF DEFAULT / CONSENT TO JUDGMENT-9/27/2013
*NOTICE OF DISHONOR-*29* October 2013
*CERTIFICATE OF DISHONOR- *29* October 2013

### STATEMENTS OF FACT RECITING THE HISTORY OF EVENTS

1. On 9/5/2013, **Donald E. Robinson,** hereinafter **"Affiant,"** initiated an **Administrative Remedy Process** by submitting to **RESPONDENT/TRUSTEE, (IRS)** an **INTERNATIONAL REMEDY AND DEMAND WITH AFFIDAVIT OF FACT,** dated 9/5/2013, sent **CERTIFIED MAIL,** No. 7013 1710 0000 1394 4902, received by **RESPONDENT/TRUSTEE** on 9/9/2013.

**TO DATE NO SUFFICIENT RESPONSE WAS RECEIVED FROM RESPONDENT/TRUSTEE.**

2. On 9/16/2013, **Affiant** sent a "**Notice of Fault and Opportunity to Cure"** dated 9/16/2013 to **RESPONDENT/TRUSTEE, (IRS)** sent **CERTIFIED MAIL,** No. 7013 1710 0000 5001 1438  received by **RESPONDENT/TRUSTEE** on 9/20/2013.

**TO DATE NO SUFFICIENT RESPONSE WAS RECEIVED FROM RESPONDENT/TRUSTEE.**

3. On 9/27/2013, **Affiant** sent a "**Notice of Default and Consent to Judgment"** dated 9/27/2013, to **RESPONDENT/TRUSTEE** sent **CERTIFIED MAIL,** No. 7013 1710 0000 1394 4957  received by **RESPONDENT/TRUSTEE** on 9/30/2013.

**TO DATE NO SUFFICIENT RESPONSE WAS RECEIVED FROM RESPONDENT/TRUSTEE.**

4. On *29* October 2013, the Notary, Brian C. Coyle, a public officer commissioned by the Secretary of State (executive branch), issued a **"NOTICE OF DISHONOR"** to Affiant along with the "**CERTIFICATE OF DISHONOR"** via Certified Mail No. 7013 1090 0001 8853 0972, acting as a third party witness to the communication with the other parties and to the good faith effort in exhausting all administrative remedies.

5. On *29* October 2013, the Notary, Brian C. Coyle, issued this **C.O.D. (CERTIFICATE OF DISHONOR)** to **RESPONDENT/TRUSTEE (IRS)** via Certified Mail No. 7013 1090 0001 8853 0989

**NO RESPONSE NEEDED FOR THE "CERTIFICATE OF DISHONOR"**

JURAT

**State of Illinois** )

) ACTION IN LAW;

**County of McHenry** )

Subscribed and executed for the record on the _29_ day within _October_
in the year of our Lord two thousand thirteen.

Notary: _____

Brian C. Coyle

My commission expires on: _7/23/14_

OFFICIAL SEAL
BRIAN C COYLE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14

## SECOND NOTARY PUBLIC JURAT

Before me, the undersigned authority, a notary public of the County of McHenry, Republic of Illinois, on this _29_ day of _October_ 2013, personally appeared Brian C. Coyle, known to me or proved to me to be the living man whose name is subscribed upon these instruments and acknowledged to me, he executed the same in his authorized capacity as notary public of the State of Illinois and by his signature acted on behalf of the person who executed this instrument.

WITNESS my hand and official Seal.

NOTARY PUBLIC _Victoria M. Nicklas_

MY COMMISSION EXPIRES: _7/23/14_

OFFICIAL SEAL
VICTORIA M NICKLAS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 7/23/14

## NOTICE OF ADMINISTRATIVE JUDGMENT

Illinois Republic )

McHenry County ) affirmed and subscribed

Without the United States )

**PRESENTMENT:** Be it known that the person signing below is a duly empowered Notary, and at the request of Donald E. Robinson, hereinafter "Affiant(s)," in care of Brian C. Coyle, **NOTARY**, c/o 60 West Terra Cotta Avenue, Suite B, Crystal Lake, Illinois [60014], did duly present on _21st_ October 2013 the attached "**CERTIFICATE OF DISHONOR**" to the RESPONDENT/TRUSTEE (**IRS**).

**JUDGMENT:** Whereupon, the Notary signing below, for the reason of default and dishonor by non-response/non-performance, does publicly and solemnly certify the default and dishonor as against all parties it may concern by reason of non-response/non-performance thereof and stipulation therein. Having failed to provide any solid evidence or proof: 1) of the Affiant's obligation to pay taxes as prescribed and solicited by the Internal Revenue Service, 2) that the Affiant is a 'taxpayer,' 3) that the Affiant is a U.S. Citizen, the **RESPONDENT/TRUSTEE (IRS)** thereby recognizes the Affiant as a NON-TAXPAYER and agrees: 1) to issue a letter, document, or affidavit stating such, and 2) to return any and all funds mistakenly captured within the last three (3) years from whatever source to satisfy the alleged 'debt,' and 3) to remove any and all liens and levies that are in place to accomplish the same.

Judgment is to be executed within 15 days after the Certificate of Dishonor is issued. If not properly executed and complied with by the RESPONDENT/TRUSTEE (IRS), the Affiant has the authority given to him by this "Certificate of Dishonor" by and through the Notary, a public

officer commissioned by the Secretary of State (Executive Branch) who properly **EXECUTED** this **ADMINISTRATIVE REMEDY PROCESS**, to proceed to an appropriate court in the State of Illinois for enforcement of **JUDGMENT**, and has all legal and lawful rights afforded to Lien or Levy any or all of the assets of the **RESPONDENT/TRUSTEE (IRS)** to seize real property, confiscate any part thereof until such time that the document confirming NON-TAXPAYER status has been received by the Affiant, and for whatever else the court may deem fair, just, and proper.

**NOTICE:** The undersigned Notary Public certifies that on 29 October 2013, Notice(s) of Administrative Judgment were sent to the parties noted below by depositing in an official depository under the exclusive face and custody of the United States Post Office in a sealed envelope containing said Notice(s) directed to respective person(s) or entity(ies) at the last known addresses noted below: (**Sent with the Certificate Of Dishonor under Certified Mail numbers listed below).**

Affiant: Donald E. Robinson
     1814 County Road 5710
     Devine, Texas [78016]

Respondent/Trustee:
Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN 38130-0396

Certified Mail #: 7013 1090 0001 8853 0972     No. 7013 1090 0001 8853 0989

**A TIMELY AND APPROPRIATE RESPONSE IS REQUIRED FOR THIS NOTICE OF JUDGMENT**

### TESTIMONY

I certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

### JURAT

State of Illinois      )
                  )    **ACTION IN LAW;**

County of McHenry      )

Subscribed and executed for the record on the 29 day within _October_ in the year of our Lord two thousand thirteen.

Notary: _____
        Brian C. Coyle

My commission expires on: 7/23/14

> OFFICIAL SEAL
> BRIAN C COYLE
> NOTARY PUBLIC STATE OF ILLINOIS
> MY COMMISSION EXPIRES: 7/23/14

### SECOND NOTARY PUBLIC JURAT

Before me, the undersigned authority, a notary public of the County of McHenry, Republic of Illinois, on this 29 day of _October_ 2013, personally appeared Brian C. Coyle, known to me or proved to me to be the living man whose name is subscribed upon these instruments and acknowledged to me he executed the same in his authorized capacity as notary public of the State of Illinois and by his signature acted on behalf of the person who executed this instrument.

WITNESS my hand and official Seal.

NOTARY PUBLIC _Victoria M. Nicklas_

MY COMMISSION EXPIRES: 7/23/14

> OFFICIAL SEAL
> VICTORIA M. NICKLAS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES: 7/23/14

## CERTIFICATION OF DUE PRESENTMENT OF NOTICE UNDER NOTARY SEAL

Date of Presentment:                       9/5/2013

Notice Presented Under Seal:               CERTIFICATE OF DISHONOR

Notary's Certification:                     The above noted parties were presented notice
                                           under notary seal that certification of non-response/
                                           non-performance within ten(10) days of postmark
                                           comprise their acceptance of the terms and conditions
                                           contained therein, the time having elapsed for response
                                           of performance thereof, which was dishonored.

## LEGAL NOTICE

The Certifying Notary is an independent contractor and not a party to this claim.  In fact the
Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC.
1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the
function of a quasi-Postal Inspector under the Homeland Security Act by being compelled to
report any violations of the U.S. Postal regulations as an Officer of the Executive Department.
Intimidating a Notary Public under the Color of Law is a violation of Title 18, U.S. Code, Section
242, titled "Depravation of Rights under Color of Law," which primarily governs police
misconduct investigations.  This Statute makes it a crime for an person acting under the Color of
Law to willfully deprive any individual residing in the United States and/or United States of
America those rights protected by the Constitution and U.S. Laws.

## Notary's Certificate of Service

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

Internal Revenue Service
PO Box 30396, Mail Stop 822
Memphis, TN 38130-0396

Certified: 7013 1090 0001 8853 0989

Donald E. Robinson
1814 County Road 5710
Devine, Texas [78016]

Certified: 7013 1090 0001 8853 0972

hereinafter "Recipients," the documents and sundry papers pertaining to a claim being made by Donald E. Robinson as follows:

1. CERTIFICATE OF DISHONOR / NOTICE OF ADMINISTRATIVE JUDGMENT (4 pages);

2. NOTICE OF DISHONOR - *to Affiant only* (2 pages);

3. Reference copy of this **Certificate of Service** dated on or about *29 October* 2013 (1 page).  (Signed original on file.)

for a total of 5 (or to Affiant, 7) pages by placing same in postpaid envelopes properly addressed to Recipients at the said addresses and depositing same at an official depository under the exclusive face and custody of the United States Post Office within Illinois Republic.

_____
NOTARY PUBLIC

*29 October 2013*
DATE

My commission expires: 08 / 01 / 2016          (Stamp)